IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

HILARY DODDRIDGE                                                            PLAINTIFF

v.                              No. 4:12-cv-597-DPM

CORPORATE EXPRESS DOCUMENT
& PRINT MANAGEMENT INC. d/b/a
STAPLES; STAPLES THE OFFICE
SUPERSTORE EAST INC.; STAPLES
CONTRACT AND COMMERCIAL INC.;
STAPLES INC.; WILLIAM "BILL" WHIPPLE;
and BECKY MOORMAN                                                       DEFENDANTS

ORDER

Doddridge's motion for voluntary dismissal, № 16, is granted. FED. R. CIV. P. 41(a)(2). Her claims are dismissed without prejudice on this condition: if Doddridge refiles the case with any federal claims, she must do so in federal court — the forum the defendants prefer and are entitled to on those claims. This avoids the defendants having to incur fees and costs associated with removal twice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

31 July 2013