IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

HILARY DODDRIDGE                                                                          PLAINTIFF

v.                                   No. 4:12-cv-597-DPM

CORPORATE EXPRESS DOCUMENT
& PRINT MANAGEMENT INC. d/b/a
STAPLES; STAPLES THE OFFICE
SUPERSTORE EAST INC.; STAPLES
CONTRACT AND COMMERCIAL INC.;
STAPLES INC.; WILLIAM "BILL" WHIPPLE;
and BECKY MOORMAN                                                                    DEFENDANTS

JUDGMENT

Doddridge's complaint is dismissed without prejudice subject to the conditions of the related Order.

*signature*
D.P. Marshall Jr.
United States District Judge

31 July 2013